1096

[No. 32099-8-I. Division One. February 13, 1995.]

NFC FINANCIAL, INC., *Appellant*, v. ROBERT B.
TRAINER, JR., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-00488-9, Marsha J. Pechman, J., entered
December 16, 1992. *Affirmed in part* and *reversed in part* by
unpublished opinion per Scholfield, J. Pro Tem., concurred
in by Baker, A.C.J., and Becker, J.

[No. 31462-9-I. Division One. February 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR LEE
TAGGART, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-02577-1, John M. Darrah, J., entered Au-
gust 20, 1992. *Affirmed* by unpublished opinion per Pekelis,
C.J., concurred in by Kennedy, J., and Scholfield, J. Pro Tem.

[No. 12986-1-III. Division Three. February 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ARLENE G.
MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 92-1-00324-1, Donald W. Schacht, J.,
entered December 14, 1992. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Thompson, C.J., and
Sweeney, J.